IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00413–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TERRANCE DRISCOLL,
    a/k/a Terrence Driscoll,

    Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

    This matter is set for a four-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Tuesday, **January 16, 2007**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that the deadline for filing all motions is <u>December 1, 2006</u>.  All responses shall be filed by <u>December 8, 2006</u>.  A hearing on the motions will be scheduled at a later date, if necessary.  Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing.  It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 10:15 o'clock a.m. on Friday, **January 5, 2007**.  The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Wednesday, <u>January 3, 2007</u>.

Dated: November 15, 2006