IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   06-cr-00413-EWN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     TERRANCE DRISCOLL,
       a/k/a Terrence Driscoll,

       Defendant.

---

ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIAL

---

This matter is before the Court on the Defendants' Motion for an Order for Grand Jury Transcripts and the government's response. Upon consideration of the motions and the government's response, it is

ORDERED as follows:

1.    Pursuant to Rule 16, Federal Rules of Criminal Procedure, and Title 18, United States Code, Section 3500, the Government may disclose Grand Jury materials to defense counsel of record in the above-captioned case.

2.    In order to protect Grand Jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense in this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, or transmitted and the date of delivery or transmission. Defense

counsel shall also deliver or transmit a copy of this order with the materials.  <u>No person, other than defense counsel, shall make any copy of these materials for any purpose whatsoever</u>.  At the conclusion of the case in this Court, by entry of the court's judgment, counsel shall, within ten days, collect all such copies, return them to the Government, and file a certification of compliance with this order with the Court.

    3.    Copies of Grand Jury materials may be only used in connection with this criminal proceeding, and any further dissemination or use is prohibited.

DATED this 8th day of <u>December</u>, 2006.

BY THE COURT:

<u>s/ Edward W. Nottingham</u>
EDWARD W. NOTTINGHAM
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO