IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00413–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TERRANCE DRISCOLL,
    a/k/a Terrence Driscoll,

    Defendant.

## **AMENDED ORDER AND NOTICE OF SETTINGS**

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

    This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Tuesday, **February 20, 2007**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that a hearing on the motions is set for **January 18, 2007**, at 9:00 o'clock a.m.  It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 10:00 o'clock a.m. on Friday, **February 9, 2007**.  The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, February 7, 2007.

Dated: January 5, 2007